UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BILAL ABRAR,

           Plaintiffs,

7-ELEVEN, INC. and JAVAID SHEIKH

           Defendants.

14- Civ-061315-ADS-AKT

## MOTION TO WITHDRAW AS COUNSEL

      Roberto Concepcion, Jr. undersigned counsel, respectfully moves to withdraw as counsel for plaintiff Bilal Abrar in the above-captioned matter, as his last day with the law firm of Pechman Law Group PLLC will be February 27, 2015. Pechman Law Group PLLC will continue to represent the plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

      WHEREFORE, undersigned counsel and the plaintiff respectfully request that this Court permit Roberto Concepcion, Jr. to withdraw as counsel for the plaintiff in this matter.

Dated:  New York, New York
          February 27, 2015

                                      PECHMAN LAW GROUP PLLC

                        By:   _/s/ Roberto Concepcion, Jr._
                                      Roberto Concepcion, Jr.
                                      488 Madison Avenue – 11th Floor
                                      New York, New York 10022
                                      (212) 583-9500
                                      concepcion@pechmanlaw.com